# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LEXAR HOMES, LLC,
fka HiLINE HOMES, LLC1,

        Plaintiff,

        v.

JON PORT and MELISSA PORT, husband and wife, and the marital community, and A HOME DOCTOR, INC., a Washington corp., dba REAL HOMES

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-416-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint and the claims therein are dismissed with prejudice.

June 21, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer