# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LEXAR HOMES, INC., fka HiLINE HOMES, INC.,

*Plaintiff*

v.

JON PORT and MELISSA PORT, husband and wife, and the marital community, and A HOME DOCKTOR, INC., a Washington corporation, dba REAL HOMES,

*Defendant*

Civil Action No. CV-12-416-JLQ

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The court ORDERS that Defendants are entitled to a total award of attorneys' fees and costs in the amount of $62,320.70. This sum is based upon an attorneys' fee award of $ 60,873.00, and costs in the amount of $1,447.70.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: December 11, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer